# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORDERRIUS DASHON MITCHELL

NO. 2024 KW 0522

**SEPTEMBER 9, 2024**

---

In Re:    Corderrius Dashon Mitchell, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 09-14-0338.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

   **WRIT DENIED.**

                          PMc
                          JEW
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT